Curtis A. Graham, Bar No. 215745
Michelle Rapoport, Bar No. 247459
Roger L. Scott, Bar No. 247165
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
E-mail:   cgraham@fordharrison.com
          mrapoport@fordharrison.com
          rlscott@fordharrison.com

Attorneys for Defendant
FIDELITY NATIONAL MANAGEMENT
SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BURDA, an individual, LAUREL HESS, an individual, LORI CALLISON, an individual, CANDEE ERWIN, an individual, SHIRLEY PALAZZO, an individual, JOYCE SCHEMEL, an individual, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company doing business in the State of California, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV11-01215 CAS (FFMx)<br><br>**DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)** |

TO THE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 9, 2011, Defendant Fidelity National Management Services, LLC ("Defendant"), by and through its undersigned counsel, promptly served on the Superior Court of the State of California for the County of Los Angeles ("Superior Court") a copy of its Notice of

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:100983.1

DEFENDANT'S NOTICE OF COMPLIANCE
WITH 28 U.S.C. § 1446(d)

1  Filing a Petition for Removal of Civil Action from state court to United States
2  District Court in compliance with 28 U.S.C. § 1446(d). Defendant served a copy of
3  the same Notice on Plaintiff's counsel on February 9, 2011. A copy of the Notice
4  to the Superior Court and Plaintiff's counsel of the Removal of Civil Action,
5  without attachments, is attached hereto as Exhibit "A."

6

7  Dated: February 10, 2011        Respectfully submitted,
8                                  FORD & HARRISON LLP
9
10                                 By: /s/ M. Rapoport
11                                 Curtis A. Graham
                                   Michelle Rapoport
12                                 Roger L. Scott
                                   Attorneys for Defendant
13                                 FIDELITY NATIONAL
                                   MANAGEMENT SERVICES, LLC

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Curtis A. Graham, State Bar No. 215745<br>Michelle Rapoport, Bar No. 247459<br>Roger L. Scott, Bar No. 247165<br>FORD & HARRISON LLP<br>350 South Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Telephone:   (213) 237-2400<br>Facsimile:    (213) 237-2401 |

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
02/09/2011 at 04:09:00 PM
Clerk of the Superior Court
By Maarit H Nordman,Deputy Clerk

Attorneys for Defendant
FIDELITY NATIONAL MANAGEMENT
SERVICES, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

JAMES BURDA, an individual, LAUREL HESS, an individual, LORI CALLISON, an individual, CANDEE ERWIN, an individual, SHIRLEY PALAZZO, an individual, JOYCE SCHEMEL, an individual, on behalf of themselves, and all persons similarly situated,

Plaintiffs,

v.

FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company doing business in the State of California, and DOES 1 through 100, Inclusive,

Defendants.

CASE NO. 30-2011-00438385-CU-OE-CXC

Hon. Nancy Wieben Stock, Dept. CX105

[CLASS ACTION]

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Complaint Filed:   January 5, 2011
Trial Date:    Not Set

TO THE CLERK OF THE ORANGE COUNTY SUPERIOR COURT AND TO PLAINTIFFS JAMES BURDA, LAUREL HESS, CANDEE ERWIN, SHIRLEY PALAZZO, JOYCE SCHEMEL AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 9, 2011, pursuant to 28 U.S.C. § 1441, Defendant Fidelity National Management Services LLC ("Defendant") filed in the United States District Court for the Central District of California a Notice of Filing a Petition for Removal of the above-captioned action from the Superior Court of the State of California in and for the

LA:100615.1

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

/CASE NO. 30-2011-00438385-CU-OE-CXC    DEFENDANT'S NOTICE OF REMOVAL
DOCUMENT PRINTED ON RECYCLED PAPER

EXHIBIT A

1  County of Los Angeles.  All served defendants joined in the Notice of Removal.  A copy of the
2  Notice of Removal is attached hereto as Exhibit "A."
3      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the
4  Notice of Removal in the United States District Court, together with this prompt filing of a copy
5  of the same with this Court, effects the removal of this action and that the above-captioned Court
6  may proceed no further unless and until the case is remanded.

8  Dated: February 9, 2011          Respectfully submitted,
9                            FORD & HARRISON LLP

11                            By: /s/ M. Rapoport
                             Curtis A. Graham
12                               Michelle Rapoport
                             Roger L. Scott
13                               Attorneys for Defendant
                             FIDELITY NATIONAL MANAGEMENT
14                               SERVICES, LLC

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:100615.1                             - 2 -
/CASE NO. 30-2011-00438385-CU-OE-CXC
                       DEFENDANT'S NOTICE OF REMOVAL
                                                DOCUMENT PRINTED ON RECYCLED PAPER

## PROOF OF SERVICE

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On February 11, 2011, I served a copy of the within document(s):

**DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnite agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Attorneys for Plaintiffs:
David R. Markham, Esq.
R. Craig Clark, Esq.
James M. Treglio, Esq.
Laura M. Cotter, Esq.
Clark & Markham LLP
600 B Street, Suite 2130
San Diego, CA 92101
Tel:   (619) 239-1321
Fax:   (619) 239-5888

Nicholas Wagner, Esq.
Andrew B. Jones, Esq.
Daniel M. Kopfman, Esq.
Law Offices of Wagner & Jones
111 E. Herndon, Suite 317
Fresno, CA 93720
Tel:   (559) 449-1800
Fax:   (559) 449-0749

[Cont'd next page]

Ford & Harrison LLP
Attorneys At Law
Los Angeles

LA:100983.1

DEFENDANT'S NOTICE OF COMPLIANCE
WITH 28 U.S.C. § 1446(d)

-5-

1  Walter Haines, Esq.
   United Employees Law Group
2  65 Pine Ave., #312
   Long Beach, CA 90802
3  Tel:  (877) 696-8378
   Fax:  (562) 256-1006
4
   I declare under penalty of perjury under the laws of the United States of
5  America that the above is true and correct.

6  Executed on February 11, 2011, at Los Angeles, California.

7

8  _____
                  Mary Garner
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:100983.1                - 2 -            DEFENDANT'S NOTICE OF COMPLIANCE
                                             WITH 28 U.S.C. § 1446(d)