# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| James Burda et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:11-CV-01215 CAS FFMx |
| Fidelity National Management Services, LLC et al DEFENDANT(S). | NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT DUE TO CLERICAL ERROR IN ASSIGNMENT OF CASE |

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

To: All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the ☑ Western ☐ Southern ☐ Eastern Division of this District.

Pursuant to General Order ☑ 349A ☐ 98-3 ☐ 02-06, this case is hereby transferred to the
☐ Western   ☑ Southern   ☐ Eastern Division for all further proceedings.

This case has been reassigned to case number 8:11-cv-00247 JVS MLGx and has been reassigned to Judge James V. Selna for all further proceedings.

Any matters that were previously referred to a Magistrate Judge are hereby transferred to Magistrate Judge Marc L. Goldman for :
☑ any discovery and/or post-judgment matters that may be referred.
☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge so that the new case number will read: 8:11-cv-00247 JVS MLGx This is very important because documents are routed by the initials.

Traditionally filed subsequent documents must be filed at the following location unless electronically filed:

☐ Western Division
☐ 312 N. Spring St., Rm. G-8
☐ 255 E. Temple St., Rm. 178
   Los Angeles, CA 90012

☑ Southern Division
   411 West Fourth St., Rm. 1-053
   Santa Ana, CA 92701-4516

☐ Eastern Division
   3470 Twelfth St., Rm. 134
   Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Clerk, U.S. District Court

By: J.Prado
Deputy Clerk

cc: *Previously Assigned Judge/Magistrate Judge; Newly Assigned Judge/Magistrate Judge; Deputy-In-Charge; Intake Supervisor; Statistics Clerk; Low Number Clerk.*